# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2011

143408

ROMAN TORRES,
      Plaintiff-Appellee,

v

FERROUS PROCESSING & TRADING
COMPANY,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143408
COA: 300399
WCAC: 08-000155

_____/

On order of the Court, the application for leave to appeal the June 6, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Michigan Compensation Appellate Commission, as successor to the Workers' Compensation Appellate Commission, to address the defendant's motion to dismiss. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.

MARILYN KELLY and HATHAWAY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2011

Clerk

t1130